IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER AMSDEN, on behalf of himself and all others similarly situated, </br></br>Plaintiff,</br></br>v.</br></br>LZ LOGISTICS, LLC,</br></br>Defendant. | Case No. 24-CV-03022-SRB |

## ORDER GRANTING MOTION FOR SETTLEMENT APPROVAL

Before the Court is the Parties' Joint Motion for Approval of Class Settlement. (ECF #46.) Having reviewed the Motion, the Suggestions in Support, and the record of the matter as a whole, and after a hearing on the Joint Motion, the Court finds that the proposed settlement and plan of distribution are the product of non-collusive, arms'-length negotiations by experienced and informed counsel and fall within the range of possible approval as the terms are fair, reasonable, and adequate. The Court further finds that the settlement was secured after the parties' participation in the Court's Mediation and Assessment Program and a day-long mediation with a mediator approved by the United States District Court for the Western District of Missouri. The settlement was based upon the exchange of documentation and information between the parties.

For these reasons, the Court finds the settlement to be in the best interests of the collective action members and should be approved. The Court also finds that the consideration provided under the Settlement Agreement constitutes reasonable and fair value given in exchange for the release of claims against the Defendant. Additionally, the Court finds the settlement is fair and reasonable.

Accordingly, it is ORDERED that the parties' Joint Motion for Approval of Class Settlement, (ECF #46), is GRANTED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: March 11, 2025